# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 30, 2013

## NO. 03-12-00634-CV

**D. L. P., Jr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's order. **IT IS THEREFORE** ordered that the order of the trial court is in all things affirmed. It **FURTHER** appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.